IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pippen, Lisa L

Printed: 4/1/08

Case Number: 07 B 22856
Judge: Goldgar, A. Benjamin
Filed: 12/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Heritage Acceptance Corp | Secured | 0.00 | 0.00 |
| 2. | Heritage Acceptance Corp | Secured | 500.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 1,400.00 | 0.00 |
| 4. | Heritage Acceptance Corp | Secured | 500.00 | 0.00 |
| 5. | Credit Acceptance Corp | Secured | 1,400.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 318.24 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 2,033.28 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 195.03 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 401.69 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 223.96 | 0.00 |
| 11. | Credit Acceptance Corp | Secured |  | No Claim Filed |
| 12. | Heritage Acceptance Corp | Secured |  | No Claim Filed |
| 13. | Heritage Acceptance Corp | Unsecured |  | No Claim Filed |
| 14. | Credit Acceptance Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 6,972.20 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Pippen, Lisa L | Case Number:  07 B 22856 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/1/08 | Filed:  12/5/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____